IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>PAULETTA CUTTINO,<br>　　　　　　　　Defendant,<br>and<br><br>SNYDER'S LANCE INC.,<br>　　　　　　　　Garnishee. | CASE NO. DNCW3:02CR244<br>(Financial Litigation Unit) |

## ORDER OF CONTINUING GARNISHMENT

**THIS MATTER** is before the Court on the Answer of Snyder's Lance Inc. as the Garnishee. Judgment in the criminal case was filed on July 23, 2003 (Doc. No. 32). As part of that Judgment, the Defendant was ordered to pay an assessment of $1,100.00 and restitution of $111,663.92 to the victim of the crime. *Id.*

On October 13, 2022, the Court entered a Writ of Continuing Garnishment ("Writ") (Doc. No. 47) to the Garnishee, Snyder's Lance Inc. The Defendant was served with the Writ and Instructions notifying her of her right to request a hearing on October 31, 2022. Garnishee was served on November 1, 2022. The Garnishee filed an Answer on December 19, 2022 (Doc. No. 50) stating that at the time of the service of the Writ, the Garnishee had in its custody, control or possession property or funds owned by the Defendant, including non-exempt, disposable earnings. Defendant did not request a hearing, and the statutory time to do so has elapsed.

IT IS THEREFORE ORDERED that an Order of Continuing Garnishment is hereby ENTERED in the amount of $106,478.82 computed through September 1, 2022. The Garnishee shall pay the United States the lesser of (1) twenty-five percent of the Defendant's disposable

earnings which remain after all deductions required by law have been withheld, or (2) the amount by which the Defendant's disposable earnings for each week exceed 30 times the federal minimum wage. *See* 15 U.S.C. § 1673(a). The Garnishee shall continue payments until the debt to the Plaintiff is paid in full, or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant, or until further Order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

> Clerk of the United States District Court
> 401 West Trade Street
> Charlotte, North Carolina 28202

In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW3:02CR244.

IT IS FURTHER ORDERED that the Garnishee will advise this Court if the Defendant's employment is terminated at any time by the Garnishee or the Defendant.

The Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the Defendant would normally receive may be offset and applied to this debt.

Frank D. Whitney
United States District Judge