IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02-cr-00244-FDW-SCR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PAULETTA CUTTINO, | ) | **ORDER** |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| SNYDER'S LANCE, INC., | ) | |
| Garnishee. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's motion for dismissal of the Order of Continuing Garnishment (Doc. No. 55), and for the reasons stated therein and for good cause shown, the Government's motion is **GRANTED**, and the Order of Continuing Garnishment (Doc. No. 52) is **DISMISSED**.

**SO ORDERED**.

Signed: October 1, 2024

Susan C. Rodriguez
United States Magistrate Judge